UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Eliseo Enriquez                                    Docket No. 7:14-CR-5-1BO

Petition for Action on Supervised Release

COMES NOW Thomas E. Sheppard, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Eliseo Enriquez, who, upon an earlier plea of guilty to Possession With Intent To Distribute Cocaine Base ("Crack") in violation of 21:841(a)(1)&(b)(1)(B), and Possession of Firearm in Commerce After Felony Conviction in violation of 18:922(g)(1)&924(a)(2) in the Middle District of North Carolina, was sentenced by the Honorable William L. Osteen, U.S. District Judge on March 17, 2005, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 84 months.

On December 11, 2012, the term of imprisonment was reduced to 30 months, and the term of supervised release was reduced to 3 years. Eliseo Enriquez was released from custody on December 13, 2012, at which time the term of supervised release commenced. On January 27, 2014, jurisdiction of this case was transferred to the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 11, 2014, the defendant submitted a urine specimen that tested positive for marijuana. A previous test, positive for cocaine, was reported to the sentencing district. We recommend modifying the conditions of supervised release to require the defendant to serve three days in the custody of the Bureau of Prisons. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall be confined in the custody of the Bureau of Prisons for a period of 3 days as arranged by the probation office, and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert K. Britt | /s/ Thomas E. Sheppard |
| Robert K. Britt | Thomas E. Sheppard |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2541 |
| | Executed On: January 12, 2015 |

Eliseo Enriquez
Docket No. 7:14-CR-5-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __12__ day of __January__, 2015 and ordered filed and made a part of the records in the above case.

_Terrence W. Boyle_
Terrence W. Boyle
U.S. District Judge